1          Hon. James L. Robart

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8
   DANIEL ESPINOZA,
9                                                  No.   C17-01709-JLR
                         Plaintiff,
10                                                 STIPULATION AND [PROPOSED]
              v.                                   ORDER EXTENDING TIME FOR
11                                                 DEFENDANT CITY OF SEATTLE'S
   THE CITY OF SEATTLE, WASHINGTON,                ANSWER TO PLAINTIFF'S
12   and LIEUTENANT THOMAS MAHAFFEY,               COMPLAINT
   individually,
13
                         Defendants.               [CLERK'S ACTION REQUIRED]
14

15

16         **COME NOW** the parties, Plaintiff Daniel Espinoza, represented by Thomas G. Jarrard and

   Matthew Z. Crotty, and Defendant City of Seattle, represented by Assistant City Attorney David
17
   Bowman, and stipulate to the extension of time for Defendant City of Seattle to serve and file its
18
   Answer to Plaintiff's Complaint, to January 5, 2018.
19
         DATED this 4th day of December, 2017.
20
         PETER S. HOLMES                         LAW OFFICE OF THOMAS G.
21         Seattle City Attorney                   JARRARD, PLLC

22   By:   s/ David Bowman                   By:   s/ Thomas G. Jarrard
           DAVID BOWMAN, WSBA #28523               THOMAS G. JARRARD, WSBA #39774
23         Assistant City Attorney                 *Consent for signature obtained via e-mail*


   STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER        **Peter S. Holmes**
   TO COMPLAINT (C17-01709-JLR) - 1                           Seattle City Attorney
                                                              701 Fifth Avenue, Suite 2050
                                                              Seattle, WA 98104-7097
                                                              (206) 684-8200

| | |
|---|---|
| Seattle City Attorney's Office<br>701 Fifth Ave., Suite 2050<br>Seattle, WA 98104-7097<br>Fax: (206) 684-8284<br>Ph: (206) 684-0374<br>david.bowman@seattle.gov<br><br>Attorneys for Defendant City of Seattle | Law Office of Thomas G. Jarrard, PLLC<br>1020 N. Washington Street<br>Spokane, WA  99201<br>Ph: (425) 239-7290<br>tjarrard@att.net<br><br>CROTTY & SON LAW FIRM, PLLC |

By:   s/ Matthew Z. Crotty
      MATTHEW Z. CROTTY, WSBA #39284
      *Consent for signature obtained via e-mail*
      Crotty & Son Law Firm, PLLC
      905 West Riverside, Suite 409
      Spokane, WA 99201-0300
      Ph: (509) 850-7011
      matt@crottyandson.com

      Attorneys for Plaintiff

# O R D E R

Based on the foregoing stipulation of the parties and good cause appearing, **NOW, THEREFORE,**

**IT IS ORDERED** that the time for Defendant City of Seattle to serve and file its Answer to Plaintiff's Complaint is extended to January 5, 2018.

DATED this 5 day of December, 2017.

_____
James L. Robart, Judge
U.S. District Court
Western District of Washington

Presented by:

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | LAW OFFICE OF THOMAS G.<br>JARRARD, PLLC |
| By:   s/ David Bowman<br>      DAVID BOWMAN, WSBA #28523 | By:   s/ Thomas G. Jarrard<br>      THOMAS G. JARRARD, WSBA #39774 |

STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER
TO COMPLAINT (C17-01709-JLR) - 2

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1    Assistant City Attorney                  *Consent for signature obtained via e-mail*
      Seattle City Attorney's Office             Law Office of Thomas G. Jarrard, PLLC

2    701 Fifth Ave., Suite 2050               1020 N. Washington Street
      Seattle, WA  98104-7097              Spokane, WA  99201

3    Fax: (206) 684-8284                   Ph: (425) 239-7290
      Ph: (206) 684-0374                   tjarrard@att.net

4    david.bowman@seattle.gov

      CROTTY & SON LAW FIRM, PLLC

5    Attorneys for Defendant City of Seattle

                        By:    <u>s/ Matthew Z. Crotty</u>

6                                  MATTHEW Z. CROTTY, WSBA #39284
                                 *Consent for signature obtained via e-mail*

7                                  Crotty & Son Law Firm, PLLC
                                 905 West Riverside, Suite 409

8                                  Spokane, WA 99201-0300
                                 Ph: (509) 850-7011

9                                  matt@crottyandson.com

10                               Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER
TO COMPLAINT (C17-01709-JLR) - 3

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the below-listed:

- Thomas G. Jarrard, TJarrard@att.net
- Matthew Z Crotty, matt@crottyandson.com,matthew.z.crotty@msn.com
- David Bowman, david.bowman@seattle.gov

In addition, I certify that I forwarded a copy of the proposed order, in Word format, to Judge Robart at: robartorders@wawd.uscourts.gov.

DATED this 4th day of December, 2017, at Seattle, Washington.

s/ Kim Fabel
KIM FABEL

STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER
TO COMPLAINT (C17-01709-JLR) - 4

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200