1

Hon. James L. Robart

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

DANIEL ESPINOZA,

No.   C17-01709-JLR

9

Plaintiff,

**STIPULATION AND [~~PROPOSED~~]**

10

v.

**ORDER AMENDING ORDER
REGARDING INITIAL DISCLOSURES
AND JOINT STATUS REPORT**

11

THE CITY OF SEATTLE, WASHINGTON,
and LIEUTENANT THOMAS MAHAFFEY,

12

individually,

**[CLERK'S ACTION REQUIRED]**

13

Defendants.

14

15

**COME NOW** the parties, Plaintiff Daniel Espinoza, represented by Thomas G. Jarrard and

16

Matthew Z. Crotty, and Defendant City of Seattle, represented by Assistant City Attorney David

17

Bowman, and stipulate to amendment of the Court's Order Regarding Initial Disclosures and Joint

18

Status Report dated December 8, 2017, by establishing the following dates for initial disclosure and

19

submission of the Joint Status Report and Discovery Plan:

20

Deadline for FRCP 26(f) Conference:          1/12/2018

21

Initial Disclosures Pursuant to FRCP 26(a)(1):   1/26/2018

22

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f)
and Local Civil Rule 26(f):                      2/2/2018

23

STIPULATION AND ORDER AMENDING ORDER REGARDING
INITIAL DISCLOSURES AND JOINT STATUS REPORT
(C17-01709-JLR) - 1

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

5

1  The parties make this request on the following grounds pursuant to Local Civil Rule 16(b)(4):  On

2  December 5, 2017, by stipulation of the parties the Court ordered an extension time for Defendant

3  City of Seattle to file its Answer to Plaintiff's Complaint, to January 5, 2018. Although the parties do

4  not wish to cause any unnecessary delay to the case and are proceeding diligently to connect with

5  witnesses and ascertain what documents will be needed to support their respective claims and

6  defenses, Defendants need additional time to prepare for the Rule 26(f) initial discovery conference

7  and initial disclosures due to the scope of potential witnesses, documents and information that must

8  be identified and sought.  The parties respectfully ask that the Court find good cause exists to modify

9  its Order Regarding Initial Disclosures and Joint Status Report.

10  DATED this 12th day of December, 2017.

11  PETER S. HOLMES                          LAW OFFICE OF THOMAS G.
    Seattle City Attorney                      JARRARD, PLLC

12

13  By:  s/ David Bowman                    By:  s/ Thomas G. Jarrard
         DAVID BOWMAN, WSBA #28523            THOMAS G. JARRARD, WSBA #39774
14       Assistant City Attorney              *Consent for signature obtained via e-mail*
         Seattle City Attorney's Office       Law Office of Thomas G. Jarrard, PLLC
15       701 Fifth Ave., Suite 2050           1020 N. Washington Street
         Seattle, WA  98104-7097              Spokane, WA  99201
16       Fax: (206) 684-8284                  Ph: (425) 239-7290
         Ph: (206) 684-0374                   tjarrard@att.net
17       david.bowman@seattle.gov
                                              CROTTY & SON LAW FIRM, PLLC
18       Attorneys for Defendant City of Seattle
                                         By:  s/ Matthew Z. Crotty
19                                            MATTHEW Z. CROTTY, WSBA #39284
                                              *Consent for signature obtained via e-mail*
20                                            Crotty & Son Law Firm, PLLC
                                              905 West Riverside, Suite 409
21                                            Spokane, WA 99201-0300
                                              Ph: (509) 850-7011
22                                            matt@crottyandson.com

23                                            Attorneys for Plaintiff

STIPULATION AND ORDER AMENDING ORDER REGARDING       **Peter S. Holmes**
INITIAL DISCLOSURES AND JOINT STATUS REPORT          Seattle City Attorney
(C17-01709-JLR) - 2                                  701 Fifth Avenue, Suite 2050
                                                     Seattle, WA 98104-7097
                                                     (206) 684-8200

## O R D E R

Based on the foregoing stipulation of the parties and good cause appearing, **NOW, THEREFORE,**

**IT IS ORDERED** that the Order Regarding Initial Disclosures and Joint Status Report dated December 8, 2017, is amended as follows:  The Court sets the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 1/12/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 1/26/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 2/2/2018 |

DATED this 13 day of December, 2017.

_____
James L. Robart, Judge
U.S. District Court
Western District of Washington

Presented by:

PETER S. HOLMES
Seattle City Attorney

By:   s/ David Bowman
DAVID BOWMAN, WSBA #28523
Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Ave., Suite 2050
Seattle, WA  98104-7097
Fax: (206) 684-8284
Ph: (206) 684-0374
david.bowman@seattle.gov

Attorneys for Defendant City of Seattle

LAW OFFICE OF THOMAS G. JARRARD, PLLC

By:   s/ Thomas G. Jarrard
THOMAS G. JARRARD, WSBA #39774
*Consent for signature obtained via e-mail*
Law Office of Thomas G. Jarrard, PLLC
1020 N. Washington Street
Spokane, WA  99201
Ph: (425) 239-7290
tjarrard@att.net

CROTTY & SON LAW FIRM, PLLC

By:   s/ Matthew Z. Crotty
MATTHEW Z. CROTTY, WSBA #39284
*Consent for signature obtained via e-mail*

STIPULATION AND ORDER AMENDING ORDER REGARDING
INITIAL DISCLOSURES AND JOINT STATUS REPORT
(C17-01709-JLR) - 3

Crotty & Son Law Firm, PLLC
905 West Riverside, Suite 409
Spokane, WA 99201-0300
Ph: (509) 850-7011
matt@crottyandson.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the below-listed:

- Thomas G. Jarrard, TJarrard@att.net
- Matthew Z Crotty, matt@crottyandson.com,matthew.z.crotty@msn.com
- David Bowman, david.bowman@seattle.gov

In addition, I certify that I forwarded a copy of the proposed order, in Word format, to Judge Robart at: robartorders@wawd.uscourts.gov.

DATED this 12th day of December, 2017, at Seattle, Washington.

s/ Kim Fabel
KIM FABEL

STIPULATION AND ORDER AMENDING ORDER REGARDING
INITIAL DISCLOSURES AND JOINT STATUS REPORT
(C17-01709-JLR) - 4

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200