UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL ESPINOZA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-1709JLR<br><br>ORDER GRANTING MOTION TO AMEND |

Before the court is Plaintiff Daniel Espinoza's motion to amend his complaint. (Mot. (Dkt. # 27); *see also* Prop. Am. Compl. (Dkt. # 28).) Defendants City of Seattle and Lieutenant Thomas Mahaffey (collectively, "Defendants") do not oppose the motion. (Resp. (Dkt. # 29).) Based on Federal Rule of Civil Procedure 15(a)(2) and Defendants' lack of opposition, the court GRANTS Mr. Espinoza's motion (Dkt. # 27).[1] The court

---

[1] The court notes, however, that although Mr. Espinoza filed his proposed amended complaint, he did not do so in the manner consistent with Local Civil Rule 15. (*See* Prop. Am. Compl.); Local Rules W.D. Wash. LCR 15 (stating that a party seeking amendment "must indicate on the proposed amended pleading how it differs from the pleading that it amends by

ORDERS Mr. Espinoza to file his amended complaint (Dkt. # 28) no later than fourteen (14) days of the date of this order.  *See* Local Rules W.D. Wash. LCR 15.

Dated this 23rd day of August, 2018.

JAMES L. ROBART
United States District Judge

---

bracketing or striking through the text to be deleted and underlining or highlighting the text to be added").  Going forward, the court expects the parties to comply with all applicable rules and orders and DIRECTS Mr. Espinoza's counsel to review the Local Civil Rules for the Western District of Washington.