UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL ESPINOZA,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE, et al.,<br><br>                    Defendants. | CASE NO. C17-1709JLR<br><br>ORDER STRIKING DISCOVERY MOTIONS |

Before the court are: (1) Defendants City of Seattle and Lieutenant Thomas Mahaffey's (collectively, "Defendants") motion to compel Plaintiff Daniel Espinoza to provide complete responses to Defendants' requests for admission (1st MTC (Dkt. # 48)); and (2) Defendants' motion to compel Mr. Espinoza to produce certain military service records and federal tax returns, as well as to compel Mr. Espinoza to make his expert, Erick West, available for deposition (2d MTC (Dkt. # 51)). Defendants filed these motions without first requesting a conference with the court. (*See* Dkt.) The motions therefore contravene the court's February 8, 2018, scheduling order. (*See* Sched. Order

ORDER - 1

(Dkt. # 17) at 2 ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . .") (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) (second alteration in original)); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court"). The court therefore STRIKES Defendants' motions (Dkt. ## 48, 51) without prejudice to renewing the motions in a manner that comports with the court's scheduling order.

Dated this 7th day of December, 2018.

JAMES L. ROBART
United States District Judge