Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL ESPINOZA,<br><br>                           Plaintiff,<br><br>        v.<br><br>THE CITY OF SEATTLE, WASHINGTON,<br>and LIEUTENANT THOMAS MAHAFFEY,<br>individually,<br><br>                           Defendants. | No.  C17-01709-JLR<br><br>[PROPOSED]<br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR LEAVE TO FILE<br>OVERLENGTH BRIEF<br><br>NOTE ON MOTION CALENDAR FOR:<br>FEBRUARY 10, 2020 |

THIS MATTER comes before the Court on Defendants' Motion for Leave to File Overlength Brief. Defendants' Motion for Leave to File Overlength Brief has been submitted to the Court for its consideration.

**IT IS HEREBY ORDERED** that Defendants' Motion for Overlength Brief is GRANTED. Defendants may file a brief containing up to 30 pages, and Plaintiff is allowed the same number of pages in his response brief. Any reply shall be in accordance with LCR 7(f)(4).

DATED this 11 day of February, 2020.

JAMES L. ROBART, Judge
United States District Court
Western District

ORDER GRANTING DEFS' MOTION TO FILE OVERLENGTH
BRIEF (C17-01709-JLR) - 1

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1    Presented by:

2    PETER S. HOLMES
     Seattle City Attorney
3

4    By:    s/ Rachel Seals
            RACHEL SEALS, WSBA #48602
5           SARAH L. LEE, WSBA #27364
            ERIKA J. EVANS, WSBA #51159
6           Assistant City Attorneys
            Seattle City Attorney's Office
7           701 Fifth Ave., Suite 2050
            Seattle, WA  98104-7095
8           Fax: (206) 684-8284
9           Ph: (206) 684-8200
            rachel.seals@seattle.gov / sarah.lee@seattle.gov /
10          erika.evans@seattle.gov

11          Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFS' MOTION TO FILE OVERLENGTH
BRIEF (C17-01709-JLR) - 2