# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DANIEL ESPINOZA,<br><br>     Plaintiff,<br><br>  v.<br><br>THE CITY OF SEATTLE, et al.,<br><br>     Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-1709JLR |

\_\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants the City of Seattle and Thomas Mahaffey's motion for summary judgment (Dkt. # 75) is GRANTED. (*See* 5/1/20 Order (Dkt. # 94).) Accordingly, the court enters judgment in favor of Defendants the City of Seattle and Thomas Mahaffey and against Plaintiff Daniel Espinoza, and dismisses the case with prejudice.

Filed this 8th day of May, 2020.

                WILLIAM M. MCCOOL

                Clerk of Court

                s/ Ashleigh Drecktrah
                Deputy Clerk