FILED

SEP 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL ESPINOZA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CITY OF SEATTLE; THOMAS MAHAFFEY, individually, <br><br> Defendants-Appellees. | No.   20-35506 <br><br> D.C. No. 2:17-cv-01709-JLR <br> Western District of Washington, Seattle <br><br> ORDER |

The parties' Stipulation of Voluntary Dismissal (docket entry no. 8) is granted. Fed. R. App. P. 42(b). As stated in the stipulation, each party shall bear its own costs. A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Chris Goelz
Circuit Mediator

9/15/20